UNITED STATES COURTS

# MEMORANDUM

***DATE:*** August 24, 2020

***TO:*** The Honorable ______________________________
United States District Judge

***REPLY TO ATTN OF:*** Windy Johnson
Senior United States Probation Officer

***SUBJECT:*** Anthony Hernandez
9:08CR80004-011-DMM (Southern District of Florida)
**Request for Transfer of Jurisdiction**

## COURT HISTORY:

On September 30, 2008, Anthony Hernandez was sentenced in the Southern District of Florida (SDFL) to 240 months custody followed by 10 years of supervised release, after he pled guilty to Conspiracy to Possess with Intent to Distribute 50 grams or more of Cocaine Base. In addition to the $100 special assessment fee, the defendant was ordered the following special conditions: 1) participation in a mental health/substance abuse treatment program; 2) maintain full time employment and provide documentation; and 3) submission to permissible search by the probation officer.

Hernandez was released on March 15, 2019, pursuant to the First Step Act, which reduced his sentence to 120 months custody followed by eight years of supervised release.

## SUPERVISION HISTORY:

Hernandez was initially supervised by the SDFL, West Palm Beach Probation Office. A request to transfer supervision was received from the SDFL in May 2019. According to United States Probation Officer (USPO) Bonita Holmes, Hernandez did not have a strong support system in the SDFL, as he was living with various friends and working side jobs in the construction field to support himself. Hernandez relied on others to take him to work and elsewhere, because he did not have his own transportation.

Hernandez participated in a mental health and substance abuse evaluation in the SDFL and was diagnosed with Bipolar Disorder, Current Episode Mixed, Severe, with psychotic features and was recommended to attend one individual mental health session per month. His treatment plan also included medication to manage this condition. USPO Holmes reported that Hernandez remained arrest free and all drug tests were negative.

Hernandez requested a relocation to this district in order to reside with his wife, Liliana Del Rivero, her nine-year-old son and their five-month-old daughter. Del Rivero owns the residence at 2225 Halcyon Boulevard, Montgomery, Alabama, 36117. Del Rivero advised USPO Holmes that the five-month -old daughter was the defendant's biological child and was conceived while Hernandez was in custody at a work camp.

According to Del Rivero, she married Hernandez in July 2016 while the defendant was in custody in Alabama. Del Rivero and the defendant have known each other since she was 14 years old and have dated on and off since she was 18 years old. Del Rivero is employed full-time as a Home Mortgage Consultant with Wells Fargo Bank.

This officer accepted the transfer of supervision and met with Anthony Hernandez and his wife on June 13, 2019, at their home. During his term of supervision, Hernandez has maintained stable employment, assisted his wife in maintaining a stable residence, purchased his own vehicle, participated in mental health treatment, and complied with all conditions of supervision.

**RECOMMENDATION:**

The probation officer respectfully recommends that the Court accept jurisdiction of Hernandez's case. The defendant has significant ties to this district, and has no intentions of returning to the Southern District of Florida. Should Your Honor agree to accept the transfer jurisdiction of this case, please sign part two (2) of the attached Probation Form 22 (Transfer of Jurisdiction).

Respectfully submitted,

by /s/ Windy Johnson
Senior U.S. Probation Officer

Reviewed and approved by: /s/ Ellen S. Traywick
Supervisory U.S. Probation Officer

**APPROVED:**

____________________________
United States District Judge / Date

**DISAPPROVED:**

____________________________
United States District Judge / Date

**COMMENTS:**

____________________________